

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-18-00064-CR |
| | § | |
| | | Appeal from the |
| EX PARTE:  JESUS AGUILAR. | § | |
| | | 243rd District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 970D04229-243-2) |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the order granting writ of habeas corpus.  We therefore reverse the trial court's order and render judgment denying writ of habeas corpus, in accordance with the opinion of the Court.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.